B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Christopher Crawley** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jennifer Crawley** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jennifer deMello** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**6983** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**9140** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2954 Kelly Drive**<br>**Elgin, IL**<br>ZIP CODE 60124 | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2954 Kelly Drive**<br>**Elgin, IL**<br>ZIP CODE 60124 |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."       ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Chris Jennifer Crawley** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **Rockford, IL** | Case Number: **09-71497** | Date Filed: **04/15/2009** |
|---|---|---|
| Location Where Filed: **Rockford, IL** | Case Number: **08-71171** | Date Filed: 4/8/2028 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: **Northern District of Illinois** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☒ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Chris Jennifer Crawley |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)   608-209-4174

Date   4/28/10

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## LIST OF CREDITORS

Debtor's Name _C. Crawley_                    Spouse's Name _J. Crawley_

### INSTRUCTIONS TO FILL OUT FORM:

1. You must list **ALL** creditors, <u>even if you intend to pay them.</u>
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Schwans | | Bad Debts Fed Chex P.O Box 15978 Irvine, CA 92623 | $50 - $114,91 |
| T Mobile PO Box 53410 Bellevue, WA 98015 | 666771090 | | $850 - |
| Dish Network Dept 0063 Palatine IL 60055 | Jennifer deMello Jennifer Crawley | | $200 - |
| Nicor Gas P.O. Box Aurora, IL 60507 | Jennifer Crawley Christopher Crawley | | $1,755,5 |
| Wood Forest National Bank | 1C82304124 | | $850 - |

172

## LIST OF CREDITORS

Debtor's Name  Christopher Cawley    Spouse's Name  Jennifer Cawley

**INSTRUCTIONS TO FILL OUT FORM:**

1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Diversified Adj Services P.O. Box Sprint Wireless | 10473594 | Diversified Adj Services P.O. Box 32145 Fridley, MN 55432 | $971.15 |
| Allegy (Arthness) & Ass. | 206179 | Lou Harris Co. 613 Academy Drive Northbrook, IL 60062 | $1,W.92 |
| Sears | 336929599 | GC Services 6330 Gulfton Houston, TX 77081 | $1,172.26 |
| The Learning Tree 1124 Raises forth Huntley IL 60142 | N/A | | $1,979.00 |
| LK Barrington Womens Heath 22285 Pepper Rd Ste 11 Barrington IL 60010 | 23204 | | $375 — |

## LIST OF CREDITORS

Debtor's Name                        Spouse's Name
_Chris Crowley_                      _Jennifer Crowley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them.</u>
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| IL Dept of Rev. P.O. Box 19035 Springfield IL 62794 | 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 | | $1,303.56 |
| World Hyundai Matteson | 00028943 | Card Guard P.O. Box 232220 San Diego, CA 92193 | $1,500 |
| Safeway | 7416075 | TRS Recovery Srvcs 5251 Westheimer Rd. Houston, TX 77056 | $297.57 |
| QVC 1200 Wilson Drive West Chester PA 19380 | | | 799.98 |
| HSN P.O. Box 9090 Clearwater Fl | | | $400.10 |

## LIST OF CREDITORS

Debtor's Name _Chris Crawley_          Spouse's Name _Jennifer Crawley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Best Buy | 70010621107 9369 | Attorneys at Law 5 Industrial Way Salem, NH 03079 | $7461.29 |
| Capital One Bank | Care # 08SC296 | | $1919.— |
| Citi Bank | Care # 07AR256 | | $19,291.— |
| TCF Bank 800 Burr Ridge Pkwy Burr Ridge IL 60521 | .... 8778 | | −$515,31 |
| Com Ed. P.O. Box 6111 Carol Stream IL 6111 | ~175800 5026~ | | ~~ |

## LIST OF CREDITORS

Debtor's Name                              Spouse's Name
_____C. Crawley_____                  _____J. Crawley_____

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| American Express P.O. Box 981537 El Paso, TX 9998 | 349990936147 9353 | | $2813 - |
| American Express P.O. Box 981537 El Paso, tx 9998 | 349991446872 953 | | $5306 - |
| USPS | 16548908 | Alliance One Rec. P.O. Box 2449 Gig Harbor WA 4449 | $59- |
| Chase/Circuit City | 36638263 | Asset Acceptance LL P.O. Box 2036 Warren, MI 48090 | $3645 - |
| Bank of America 4060 Ogletown St Newark, DE 19713 | 498894099754 1369 | | $241 |

172

## LIST OF CREDITORS

Debtor's Name _C. Crewley_

Spouse's Name _S. Crewley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Capital One Auto 3905 Dallas Pkwy Dallas, TX 75093 | 6 20621849132 9 1 w 1 | | $14,343 |
| Alliant CU P.o. Box 66945 Chicago, IL 6066 | 329 789142 0W2 | | $19,352 |
| Capital One Bank P.o. Box 30281 Salt Lake City, UT 84130 | 51780 52211 873 449 | | $1,831 |
| Citi Bank 1000 Technology Dr. O'Fallon, MO 63368 | 6096 53 854 | | $1000 - |
| Chase Circuit City 800 Brooksfield Blvd Westerville, OH 43061 | 18 2000005029 820 | | $2600 - |

## LIST OF CREDITORS

Debtor's Name _C. Crowley_          Spouse's Name _Dr Crowley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Dell Financial Sys 12334 NIH35 Austin, TX 78753 | 79450/29030 941093 | | $1697 |
| First Premier Bank 3820 p. Louise AV Sioux Falls, SD 5710? | 5178 w 774 000 6655 | | $436 |
| First Premier Bank 3820 N. Louise AV Sioux Fall SD 5710? | 4869 5574260 33273 | | $517 |
| GEMB /Lowes P.O. Box 98140 EL Paso, TX 79998 | 7981924/40311 762 | | $27w |
| GEMB/Walmart P.O. Box 98140 EL Paso, TX 79998 | 6044071w197 412L | | $944 |

172

## LIST OF CREDITORS

Debtor's Name
_____ C. Crowley _____

Spouse's Name
_____ J. Crowley _____

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| HSBC Best Buy P.O. Box 5253 Card 5253 Carol Stream IL 60124 | 7010 6211 0739 369 | | $7353 |
| MED Wellington Radiology | 9524926 | KCA Financial P.O. Box 53 Geneva, IL 60134 | $11 - |
| Tri County Emes. | B6095341? | Med. Bus. Bureau P. O. Box 1219 Park Ridge, IL 60068 | $140 - |
| Brian Wu MD | 80630389? | Merchants Credit 223 W. Jackson Ste 900 Chicago, IL 60606 | $145 - |
| GE/DayPal | 45298802078 | Midland Credit 8875 Aero Dr. Ste 2 San Diego, CA 92123 | $1581 - |

## LIST OF CREDITORS

Debtor's Name _C. Crawley_

Spouse's Name _J. Crawley_

**INSTRUCTIONS TO FILL OUT FORM:**

1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Sprint | 715211716 | NCO Financial P. O Box 41466 Philedelphia, PA 1910[ | $571- |
| Nicor Gas P O Box 8350 Aurora IL 60507 | 1 560 88457 | | $985 |
| Huntley Fire Protdm | Nather 3356939267 | Northwest Collectors 3601 Algonquin Rd. Ste 292 Rolling Meadows IL 60008 | $1210- |
| Provena St Joseph Hospital | 4882486 | Pelletieri & Ass. 991 Oak Creek Dr. Lombard IL 60148 | $203 D |
| Verizon Wireless P. O. Box 1850 Folsom , CA 95630 | 485009004001 | | $645- |

## LIST OF CREDITORS

Debtor's Name _C. Crawley_                Spouse's Name _J. Crawley_

### INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Collect America | 799192414031 762 | Portfolio Recovery 120 Corp. Blvd. Norfolk, VA 23502 | $3384 |
| Wells Fargo Fin. 800 Walnut St Des Moines IA 5036 | 723609226 | | $4980 |
| FNNB P.O. Box 182273 Columbus, OH 43218 | 5456373055 363522 | | $140 |
| Ice Mountain | 2369396 | Cine & Weiner 21210 Erwin St Woodland Hills, CA 91367 | $133 |
| St. Joseph Med. | 610421655577 | Dependan Collection P.O. Box 4833 Oak Brook, IL 60523 | $315 |

172

## LIST OF CREDITORS

Debtor's Name                                    Spouse's Name

_____ C. Crawley _____          _____ J. Crewley _____

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| AIS Service | 5214963 | Nchard Acct. 7890 Second Dr. Ste 200 Denver, Co 80221 | $1820— |
| Patric Conor MD | 1877037 | TRG Acct. Service 349 N. Mills #108 Plymouth MI 48170 | $214— |
| Alliant Credit Union 125 E. Algonquin Rd Arlington Heights IL 60005 | 4053734-02 138 | | $8221— |
| GE Money Bank | 43455738 | Arrow Financial 5996 W. Toushy Niles, IL 60714 | $907— |
| Bank of America P.o Box 17054 Wilmington, DE 19884 | 4689940599753 | | $377— |

## LIST OF CREDITORS

Debtor's Name _C. Crawley_          Spouse's Name _J. Crawley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them.</u>
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Citi Financial P.O. Box 499 Hanover, MD 21076 | 6074355 1316 | | $5759— |
| Citi Financial P.O. Box 22066 Tempe, AZ 85285 | 6082590 32178 | | $5760— |
| First German Bank 601 S. Minnesota Ave Sioux Falls, SD 57104 | 4869557 42603 | | $517— |
| GEMP/JCP P.O Box 981131 El Paso TX 79998 | 249519... | | $1164— |
| GEMB/Lens Crafters P.O Box 981439 El Paso, TX 79998 | 6019181 02108 | | $1015— |

## LIST OF CREDITORS

Debtor's Name _C. Crawley_

Spouse's Name _J. Crawley_

### INSTRUCTIONS TO FILL OUT FORM:

1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| HBBC / Best Buy P.O. Box 15524 Wilmington DE 19650 | 700106211073 | LUNV Funding, P.O. Box 10497 Greenville, SC 29602 | $7353 |
| Sears | 504994813430 | LUNV Funding P.O. Box 10497 Greenville, SC 29603 | $1192 |
| JC Penney | 600989924856 | LUNV Funding P.O. Box 10497 Greenville SC 29603 | $856 |
| Tri-County Emergency | 360813520 | Medical Business 140 Renaissance R. Park Ridge, IL 60068 | $209 |
| Verizon Wireless P.O. Box 26055 Minneapolis, MN 65476 | 780513096000 | | $361 |

## LIST OF CREDITORS

Debtor's Name  P. Crawley

Spouse's Name  J. Crawley

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| MHS Physician Services P.O. Box 5081 Janesville, WI 53547 | 8 648 - 4046 | | $499.97 |
| Centegra Hospital P.O. Box 1990 Woodstock IL 60098 | A 09036 CO 130 | | $608 - |
| IRS | 076-86 6583 tax year 2004 | | $7854 - |
| IRS | 201 | | $7271.55 |
| National City Bank | 136331889 | Allied Interstate. 2600 Corporate Exchang. 5th FL. Columbus, OH 43231 | $2107.17 |

172

## LIST OF CREDITORS

Debtor's Name _Crocky_                    Spouse's Name _J. Cowky_

### INSTRUCTIONS TO FILL OUT FORM:

1. You must list **ALL** creditors, even if you intend to pay them.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Jon Polowski, 233 Willow Bridge Way Bloomingdale IL 60108 | | | $25,000 |
| Speedy Cash | | | $390 - |
| My Quick Loan.com 6518 Salish Drive Vancouver BC VN6 2C7 | 22592293 | | $520 — |
| US Fast Cash | WFC-121623092 | | $390 — |
| MTE Financial | 075-866983 | | $390 — |

## LIST OF CREDITORS

Debtor's Name _C. Crawley_          Spouse's Name _J. Crawley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Impact Cash USA | IC 119417469 | | $390- |
| Speedy Cash 4 u.com | 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 | | $455 - |
| SW Fast Cash .com | D1-1210 86667 | | $390- |
| Nationwide cash .com | 10253167 | | $750- $650 |
| One Click Cash .com | PLC-12117326] | | $390 - |

## LIST OF CREDITORS

Debtor's Name  C. Crawley

Spouse's Name  J. Crawley

### INSTRUCTIONS TO FILL OUT FORM:

1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| IRS | 2002 | | $5452.38 |
| IRS | two | | $2733 - |
| AT&T | 847961555534 87 | Fidility Nchoice P.O. Box 3051 Orange, CA 92854 | $142.04 |
| Loan Point USA | | | $350 - |
| Bank of America | Bank acts | | $700 - |

172

## LIST OF CREDITORS

Debtor's Name _C. Crawley_                Spouse's Name _J. Crawley_

### INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them.</u>
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Centegra P.O. Box 17 Arrowsmith, IL 61722 | 74846633 | | $142.03 |
| Good Sheppard 450 W. Hwy 22 Barrington IL 60012 | 609529356 | | $1129.65 |
| MEA-SSMC P.O Box 87156 Dept 2041 Carol Stream IL 60199 | 26-695253-01-01 | | $315 - |
| Mc Henry Radiology P.O. Box 220 Mc Henry IL 60051 | 265628 | | $27/- |
| Centegra P.O. Box 1447 Wood Stock IL 60098 | B07005W140 | | $140.53 |

172

## LIST OF CREDITORS

Debtor's Name _P. Crawley_          Spouse's Name _J. Crawley_

**INSTRUCTIONS TO FILL OUT FORM:**

1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Central States MRI P.O. Box 1450 Minneapolis MN 55408 | 926 71110 | | $100 — |
| Barrington Rehab 27401 W. Hwy 22 Barrington IL 6010 | | | $800 — |
| Lake Cook Ortho 27410 W. Hwy 22 Barrington IL 6010 | 148 463 | | $515 — |
| Provena 77 N. Airlite St. Elgin IL 60123 | DB 00580155516 | | $2034.11 |
| Wellington Radiology SC GBR 9410 Campbill Dr. Orland Park IL 60467 | G 46322468 | | $66 |

172

**LIST OF CREDITORS**

Debtor's Name *C. Crawley*

Spouse's Name *J. Crawley*

**INSTRUCTIONS TO FILL OUT FORM:**
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Kevin Shoultis MD 8135 N. Milwaukee Ave Niles, IL 60174 | 41894 KDS | | $180 - |
| Associated Imaging 121 Lake Cook Rd. Deerfield IL 60015 | 759980 | | $38 - |
| Lake Cook Ortho 27401 W. Hwy 22 Ste 125 Barrington IL 60010 | 148C1L3 | | $9665 - |
| Centega P.O. Box 17 Arrowsmith IL 61722 | 76592127 | | $2154.50 |
| Gary Magee MD 8135 N. Milwaukee Niles IL 60714 | 431 OMPM | | $1146 - |

## LIST OF CREDITORS

Debtor's Name _B C. Cauley_     Spouse's Name _J. Crawley_

INSTRUCTIONS TO FILL OUT FORM:
1. You must list **ALL** creditors, <u>even if you intend to pay them</u>.
2. Include the IRS or IL Dept. of Revenue if you owe for delinquent income tax.
3. Give **complete** description of collateral if applicable.
4. Obtain a listing of creditors from local collection agencies if applicable and bring with you to appointment.
5. List all Co-Signers.
6. Provide **complete** information requested below. Use reverse side of form for additional creditors.

| CREDITOR'S FULL NAME, ADDRESS & ZIP CODE | DATE OF DEBT/LOAN DESCRIPTION OF COLLATERAL ACCOUNT NUMBER | NAME & ADDRESS OF COLLECTION AGENCY OR LAWYER IF IN COLLECTION | AMOUNT OWED |
|---|---|---|---|
| Good Sheppard. P.O. Box 7014 Chicago, IL 60673 | 609668835 | | $8,210 — |
| Gary Maser MD 8135 N. Milwaukee Niles IL 60714 | 4254 MPM | | $1000 — |
| Good Sheppard P.O. Box 7014 Chicago IL 60673 | 609503412 | | $4,338 — |
| Good Sheppard. P.O. Box 70014 Chicago IL 60673 | 609529355 | | $1329,65 |
| Good Sheppard P.O. Box 70014 Chicago IL 60673 | 609668835 | | $11,983 — |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of __Illinois__

In re Christopher Crawley
_____
Debtor

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❏ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

☑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

*Not enough time before filing*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____4/28/10_____